IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| v.  : | CRIMINAL NO. 13-322-1 |
| JOSE J. VEGA  : | |

## ORDER

AND NOW, this 6th day of March, 2015, upon consideration of the Government's Motion to Dismiss Indictment, it is hereby

ORDERED

that the motion is granted. The indictment is dismissed, and the defendant is immediately discharged.

BY THE COURT:

_____
The Honorable C. Darnell Jones, II
United States District Judge